IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALBERT MCCOY**                                                                                    **PLAINTIFF**

v.                                                              CIVIL NO. 1:15cv195-HSO-JCG

**THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, AND HUNTINGTON INGALLS
INDUSTRIES, INC.**                                                                          **DEFENDANTS**

## FINAL JUDGMENT

This matter came before the Court on Defendants The Prudential Insurance Company of America and Huntington Ingalls Industries, Inc.'s, Motions for Summary Judgment [31] [33], and Defendant The Prudential Insurance Company of America's Motion to Dismiss [18] Plaintiff's First Amended Complaint [16]. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 28th day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE